**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02371-REB-BNB

ROLAND BISSON,

     Plaintiff,

v.

HARVARD COLLECTION SERVICES, INC., an Illinois corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Notice of Dismissal with Prejudice** [#10] filed November 21, 2012.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Dismissal with Prejudice** [#10] filed November 21, 2012, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated November 26, 2012, at Denver, Colorado.

                                        **BY THE COURT**:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge